1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

11

WAVE NEUROSCIENCE, INC.,

Case No. 21-cv-01330-BAS-AGS

12

Plaintiff,

13

v.

14

PEAKLOGIC, INC, et al.,

15

Defendants.

**ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**

**(ECF No. 16)**

16
17

Before the Court is Plaintiff Neuroscience, Inc.'s Motion for Leave to File its Second
18
Amended Complaint.  (ECF No. 16.)  "In general, a court should liberally allow a party to
19
amend its pleading."  *Sonoma Cty. Ass'n of Retired Emps. v. Sonoma Cty.*, 708 F.3d 1109,
20
1117 (9th Cir. 2013) (citing Fed. R. Civ. P. 15(a)); *see also Owens v. Kaiser Found. Health*
21
*Plan, Inc.*, 244 F.3d 708, 712 (9th Cir. 2001) ("A district court 'shall grant leave to amend
22
freely when justice so requires.'" (quoting *Lopez v. Smith*, 203 F.3d 1122, 1130 (9th Cir.
23
2000) (en banc))).  Further, a party may amend its pleading without a court order where
24
the opposing party consents in writing.  Fed. R. Civ. P. 15(a)(2).
25

Considering the broad policy favoring amendments to the pleadings and the joint
26
nature of the request for leave to amend, the Court **GRANTS** Plaintiff's Motion.  (ECF
27
No. 16.)  The Second Amended Complaint is deemed filed and served as of the date of this
28

- 1 -

1  Order.  Plaintiff is **ORDERED** to file on the docket a clean version of the Second Amended

2  Complaint.  (ECF No. 16-1.)

3      **IT IS SO ORDERED.**

4

5  **DATED: December 3, 2021**

Hon. Cynthia Bashant
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

21cv1330